<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal Action |
| | ) No. 07-CR-00529 |
| vs. | ) |
| | ) |
| JAMES GARCIA, | ) |
| | ) |
| Defendant | ) |

O R D E R

   NOW, this 20th day of September, 2007, upon consideration of Defendant's Motion for Review of Pretrial Detention Order, which motion was filed August 30, 2007, together with Defendant's Memorandum in Support of Motion for Pre-Trial Release; upon consideration of the Government's Response to Motion for Review of Pretrial Detention Order, which response was filed September 6, 2007; after hearing held September 13, 2007; and for the reasons articulated in the accompanying Memorandum,

  <u>IT IS ORDERED</u> that defendant's motion is denied.

           BY THE COURT:


           _____
           James Knoll Gardner
           United States District Judge